UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROGER MANDARELLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   C.A. No.1:16-cv-00442-S-LDA |
| | ) |
| BANK OF AMERICA, N.A.; | ) |
| FANNIE MAE AS TRUSTEE FOR | ) |
| REMIC TRUST 2004-W3, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by his attorney, moves this Court to allow him to withdraw as attorney for the Plaintiff. Due to the breakdown in communication with the client, he has no choice but to move to withdraw as attorney for the Plaintiff. Since a counteroffer was made, the attorney has not received a phone call or any communication from the client regarding this matter and cannot respond to the counteroffer made by the Defendants without communication. He has made multiple calls to the client and has texted the client with no response.

                        By his attorney,

December 26, 2018                   /s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 943-9230
Jbelaw75@gmail.com

Certification of Service

I hereby certify that I caused to be served on all the attorneys of record on the electronic filing system and by email a copy of this Motion on December 26, 2018 and on the Plaintiff by regular mail and certified mail return receipt requested at his home address of 4-6 Hemlock Court, Johnston, RI 02919.

/s/ John B. Ennis